Dismissed and Memorandum Opinion filed October 19, 2006








Dismissed
and Memorandum Opinion filed October 19, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00850-CV

____________

 

RANDY S. McCLENDON, Appellant

 

V.

 

CAMILLE McCLENDON, Appellee

 



 

On Appeal from the 328th District Court

Fort Bend County,
Texas

Trial Court Cause No. 04-CV-138219

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 18, 2006.  On October 13, 2006, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
19, 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Seymore..